1 | McGREGOR W. SCOTT
United States Attorney
2 | DARIN ROCK
Special Assistant U.S. Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-po-00396-SAB |
|---|---|
| Plaintiff, | [Citation #6044881 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| GABRIELA NUNEZ, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00396-SAB [Citation #6044881] against GABRIELA NUNEZ without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 18, 2018                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                 By:     /s/ Darin Rock
                                         DARIN ROCK
                                         Special Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00396-SAB [Citation #6044881] against GABRIELA NUNEZ be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **April 19, 2018**

UNITED STATES MAGISTRATE JUDGE